**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DILLAFROZ SHAVKATOVNA TULAYEVA,<br>           Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.; and EXPERIAN INFORMATION SOLUTIONS, INC.<br>           Defendants. | **Case No.: 1:19-cv-02105-AT**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Dillafroz Shavkatovna Tulayeva, and Defendant, Santander Consumer USA Inc. (Santander), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents; Plaintiff expects to file a Notice of Voluntary Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Santander only. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 10th day of April 2019.

> By:*/s/ Daniel C. Cohen*
> Daniel C. Cohen, NY #5481460
> COHEN & MIZRAHI, LLP
> 300 Cadman Plaza West, 12th Floor
> Brooklyn, New York 11201
> T: (929) 475-4175
> F: (929) 475-4195
> E: dan@cml.legal
> *Attorneys for Plaintiff*
> *Dillafroz Shavkatovna Tulayeva*

-2/2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Elizabeth Nanez*