```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/11/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DILLAFROZ SHAVKATOVNA TULAYEVA,

                Plaintiff,

-against-

SANTANDER CONSUMER USA INC.; and
EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendants.

19 Civ. 2105 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled in principle as to Defendant Santander Consumer USA Inc. (Santander), ECF No. 18, it is ORDERED that, as to Santander only, the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty days of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed <u>within sixty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same sixty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    As to Santander only, any pending motions are moot and all conferences are vacated. The Clerk of Court is directed to terminate Santander as a defendant.

    SO ORDERED.

Dated: April 11, 2019
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge