UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DILLAFROZ SHAVKATOVNA TULAYEVA,<br>              Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.; and EXPERIAN INFORMATION SOLUTIONS, INC.<br>              Defendants. | Case No.: 1:19-cv-02105-AT<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SANTANDER CONSUMER USA INC., WITH PREJUDICE |

**PLEASE TAKE NOTICE** that Plaintiff Dillafroz Shavkatovna Tulayeva, by and through undersigned counsel and pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Santander Consumer USA Inc., with prejudice.

The Defendant filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 9th day of May 2019.

                                                **COHEN & MIZRAHI, LLP**
                                                */s/ Daniel C. Cohen*
                                                Daniel C. Cohen, NY #5481460
                                                300 Cadman Plaza West, 12th Floor
                                                Brooklyn, New York 11201
                                                T: (929) 475-4175
                                                F: (929) 475-4195
                                                E: dan@cml.legal
                                                *Attorneys for Plaintiff*
                                                *Dillafroz Shavkatovna Tulayeva*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Daniel C. Cohen
Daniel C. Cohen, NY #5481460
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
T: (929) 475-4175
F: (929) 475-4195
E: dan@cml.legal

*Tulayeva v. Santander Consumer USA, Inc., et al*
*Notice of Voluntary Dismissal*